```
TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sydney.Yew@usdoj.gov
Attorneys for Plaintiff
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00468-PHX-SHD (JZB) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) (Transportation of an Illegal Alien for Profit) Count 1 |
| Cesar Daniel Atienzo-Villa, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 27, 2025, in the District of Arizona, the defendant, CESAR DANIEL ATIENZO-VILLA, knowing and in reckless disregard of the fact that certain aliens, Eliseo Alberto Menchu-Say and Victor Hugo Tzul-Tzul, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

//

//

1  In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and
2  (a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 25, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


          /s/
SYDNEY YEW
Special Assistant U.S. Attorney

- 2 -